[No. 36097. Department One. August 9, 1962.]

JOHN KIRNER, *Respondent*, v. W. A. SKEWIS *et al., Appellants.*\*

*Johnston & Raley,* for appellants.

*Forest & Forest,* for respondent.

PER CURIAM.—This appeal is from a judgment in favor of the respondent (plaintiff) for the breach of a subcontract for the construction of a pipeline, and from the dismissal of appellants' (defendants') cross-complaint for the price of materials furnished respondent.

Upon adequate proof, the court found that the appellants abandoned the contract, and that, in consequence, respondent completed the work at his own expense. The court allowed the appellants the reasonable value of the materials furnished respondent. Only a dispute of fact is presented which cannot be retried here. *Thorndike v. Hesperian Orchards, Inc.,* 54 Wn. (2d) 570, 343 P. (2d) 183.

Affirmed.

[No. 36333. Department One. October 4, 1962.]

OLE WOLLAN *et al., Respondents*, v. ALLAN R. BILLETT, *as Administrator, Defendant,* HARDWARE MUTUAL CASUALTY COMPANY, *Appellant.*†

*Burkey, Marsico & Burkey,* for appellant.

*Comfort, Dolack & Hansler* (*Patrick C. Comfort,* of counsel), for respondents.

PER CURIAM.—The Hardware Mutual Casualty Company, a corporation, which insured Anna Belle Tapia, whose administrator appealed *Wollan v. Billett, ante* p. 677, prosecutes a separate appeal from a judgment on a writ of garnishment based thereon.

The affirmance of the primary judgment renders this appeal moot.

The judgment is, therefore, affirmed.

\*Reported in 373 P. (2d) 795.
†Reported in 375 P. (2d) 148.